IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMI JACKSON et al | : | CIVIL ACTION |
| v. | : | |
| NCO FINANCIAL SYSTEMS, INC. | : | No. 12-481 |
| | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Wednesday, August 1, 2012. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A. BYRNE FEDERAL COURTHOUSE, 601 MARKET STREET, PHILADELPHIA PA 19106. REPORT TO ROOM 2609 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

               Michael E. Kunz
               Clerk of Court

               By: */s/ Michael G Mani*
               Michael G Mani
               Deputy Clerk
               Phone: (267) 299-7071

Date: April 13, 2012

Copies:    Margaret Gallagher, Courtroom Deputy to Judge Joel H. Slomsky
               Docket Clerk - Case File

        Counsel:        Craig Thor Kimmel, Esq.
                      Ross S. Enders, Esq.