IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAMI & TERENCE JACKSON

v.

NCO FINANCIAL SYSTEMS, INC.

FILED
MAY 22 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

NO.  12-CV-0481

JUDGMENT

BEFORE SLOMSKY, J.

AND NOW, to wit, this 22nd day of May, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.

It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*

Richard Sabol, Deputy Clerk

judg